HAHN & HESSEN LLP
Edward L. Schnitzer, Esq.
Christopher J. Hunker, Esq.
488 Madison Avenue
New York, New York 10022
(212) 478-7200

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Christopher J. Battaglia, Esq.
Jocelyn Keynes Szekretar, Esq.
Carrie E. Essenfeld, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
(212) 765-9100

*Counsel for Plaintiff Alan D. Halperin,*
*Trustee of the Kodak GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                    )
In re:                              )    Chapter 11
                                    )
EASTMAN KODAK COMPANY, *et al.*,    )    Case No. 12-10202 (ALG)
                                    )
              Debtors.              )    (Jointly Administered)
                                    )
_____ )
                                    )
THE KODAK GUC TRUST, by and through )
Alan D. Halperin, as Trustee,       )
              Plaintiff,            )    ADV. NO. 14-01283 (ALG)
                                    )
        vs.                         )    **NOTICE OF DISMISSAL**
JAMES E FITZGERALD, INC.,           )
              Defendant.            )
_____ )

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

      Plaintiff, Alan D. Halperin, as trustee (the "Trustee") of the Kodak GUC Trust (the "Trust")[1] in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss the above-captioned Adversary Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i). No answer has been filed by the Defendant. This adversary proceeding is hereby closed.

Dated: New York, New York
       October 1, 2014

                      HAHN & HESSEN LLP

                      /s/ Edward L. Schnitzer
                      Edward L. Schnitzer, Esq.
                      Christopher J. Hunker, Esq.

                      488 Madison Avenue
                      New York, New York 10022
                      Telephone: (212) 478-7200
                      Facsimile: (212) 478-7400

                        -and-

                      HALPERIN BATTAGLIA RAICHT, LLP
                      Christopher J. Battaglia, Esq.
                      Jocelyn Keynes Szekretar, Esq.
                      Carrie E. Essenfeld, Esq.
                      40 Wall Street, 37th Floor
                      New York, New York 10005

                      *Counsel for Plaintiff Alan D. Halperin,*
                      *Trustee of the Kodak GUC Trust*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019). The location of the Debtors' corporate headquarters is: 343 State Street, Rochester, NY 14650.